# United States District Court

_____ DISTRICT OF __Massachusetts_____

UNITED STATES OF AMERICA
V.

DAVID OHLSON

## CRIMINAL COMPLAINT

CASE NUMBER: 95- M0104-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 2, 1995__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution for the crime of kidnapping, which is a felony under Massachusetts General Laws Chapter 265, §26A,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
Official Title

facts:         SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
TERRENCE E. SCHWARTZ

Sworn to before me and subscribed in my presence,

                                                                at   __Boston, Massachusetts__
Date   September 20, 1995                                            City and State

Name & Title of Judicial Officer                       Signature of Judicial Officer
LAWRENCE P. COHEN
U.S. MAGISTRATE JUDGE

# AFFIDAVIT

Boston, Massachusetts
September 18, 1995

I, Terrence E. Schwartz, Special Agent, Federal Bureau of Investigation, being duly sworn, upon my oath depose and state:

1. The Federal Bureau of Investigation has been requested to assist the Essex County District Attorney's Office in the location and apprehension of DAVID OHLSON;

2. I have been informed by Essex County First Assistant District Attorney, Robert N. Weiner, as follows:

   a. DAVID OHLSON was charged with Kidnapping, by complaint filed in Lynn District Court on August 2, 1995;

   b. The crime of Kidnapping is a felony under Massachusetts General Laws, in violation of Chapter 265, Section 26A;

   c. On August 2, 1995, an arrest warrant was issued by Lynn District Court for the apprehension of DAVID OHLSON;

   d. Law enforcement efforts to locate DAVID OHLSON within the Commonwealth of Massachusetts have been unsuccessful;

   e. It is believed that DAVID OHLSON has fled the Commonwealth of Massachusetts and according to Essex County District Attorney's Office, he may presently be out of the country;

      f.  The Essex County District Attorney will rendite DAVID OHLSON if he is apprehended outside the District of Massachusetts;

3.  Attached hereto and made a part hereof is a copy of the following:

      a.  Arrest Warrant bearing Docket # 9513CR5620.

_____
Special Agent, FBI

Subscribed and sworn to before me this _____ day of _____, 1995.

_____
United States Magistrate Judge



THE COMMONWEALTH OF MASSACHUSETTS

OFFICE OF THE
DISTRICT ATTORNEY FOR THE EASTERN DISTRICT
SALEM    NEWBURYPORT    LAWRENCE

**KEVIN M. BURKE**
District Attorney

Museum Place
One East India Square
Salem, Massachusetts 01970

TELEPHONE
SALEM    (508) 745-6610
TTY    (508) 741-3163

September 11, 1995

Honorable Donald Stern
United States Attorney
John W. McCormack P.O & Courthouse Bldg.
Boston, Massachusetts 02109

RE: *__David Ohlson__*

Dear Mr. Stern:

There is presently pending before the Lynn District Court the case of *__Commonwealth v. David Ohlson__*, docket no. 9513CR5620.

On August 2, 1995, a warrant was issued for his arrest for parental kidnapping. This crime is a felony in violation of M.G.L. Ch. 265, Sec. 26A.

As a result of information received, it was ascertained that David Ohlson has fled the Commonwealth and may presently be out of the country. I respectfully request that a federal flight warrant be issued to assist in his apprehension.

My office agrees to rendite Mr. Ohlson when he is apprehended.

Very truly yours,

Robert N. Weiner
First Assistant District Attorney

RNW/ahr
Encs.

cc: Supervising Special Agent Thomas Cassano

```
CJIS 108718 679 08/02/95 1513 S6088/1088.
                 -OHLSON,DAVID------------------ - W3753614------------
        Commonwealth of Massachusetts - Criminal Justice Information System
              Trial Court of Massachusetts - Warrant Management System
     Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
     the person named herein as contained in the Warrant Management System and
     printed via Criminal Justice Information System.
     This Warrant Printed as of 15:13 on 08/02/95
```

Defendant Information:                              SS#: 017562834
    Name: OHLSON, DAVID                             Race: W        Sex: M
    Address: 19 SPRING RD.                          Hair: XXX   Eyes: XXX
                                   MA 01902         Weight:     Height: 0'00"
    City: LYNN                                      Complexion:   Marks:
                                                    Date of Emancipation: 00/00/0000
    Date of Birth: 04/04/1965 Place of Birth:
                                          Mother:
    Father:                                         Ref No: W3753614
    Known Alias:
                                                    Misc No:
    License No:                                     CC No:
    License State:           Obtn No:

Warrant Information:    Warrant Number: 1778                Docket: 9513CR5620
    Issue Date: 08/02/1995  Court of Issue: 13   - LYNN DISTRICT
    Type: S - STRAIGHT       Severity: 1 -
    Date of Complaint: 08/02/1995
    Offense Date: 11/01/1994  Offense Location: LYNN

    ************************** Charges ****************************************
                                              Description
    Count    Offense Code
      1      265/26/A                KIDNAPPING c265 S26

Court Information:
Assigned for Service To: LYN - LYNN PD
Complaintant:
Officer Name:                                       Fine Amount:
    Issued By: DOUCETTE, JEANNETTE                  Bail Amount:
Judge's Name: DEVER, JOSEPH
Return Date/Time: 00/00/0000 00:00          Recall Date/Time: 00/00/0000 00:00

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS

    The court has ordered that the above warrant issue against the
    above defendant.

    Therefore you are hereby commanded to arrest the above-named
    defendant and bring the defendant forthwith before this court
    to answer to the offense(s) listed above and to be dealt with
    according to law.

Return of Service:  By virtue of this warrant, I certify that:

    ____  The defendant has been arrested as ordered by the court.
    ____  I am returning the warrant without service to the court.


Date of Arrest    Signature of Person               Title of Person
                  Making Service                    Making Service

TRUE COPY ATTEST:
[signature] Charles E Flynn CLERK
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

SEP-07-'95 THU 13:40 ID:                TEL NO:              #067 P01