UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )   Mag. No. 95-104-LPC
                         )
DAVID OHLSON             )

## STATUS REPORT

In response to the Court's February 8, 2005 Conditional Order of Dismissal, the United States, by its undersigned counsel, hereby requests that the above-entitled case remain open.

After consultation with agents of the Federal Bureau of Investigation, government counsel submits that the defendant remains a fugitive from justice in violation of 18 U.S.C. § 1073 and that the outstanding warrant of arrest should remain active.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By: _____
                              BRIAN T. KELLY
                              Assistant U.S. Attorney

Dated:   February 17, 2005