UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 95-M-0104-LPC |
| ) | |
| DAVID OHLSON ) | |

## DISMISSAL OF COMPLAINT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint against David Ohlson. As grounds for the instant dismissal, the undersigned states that further prosecution of the within complaint would not be in the interests of justice, in so far as the Commonwealth of Massachusetts has informed the Federal Bureau of Investigation that it will not prosecute the defendant on the underlying state felony upon which the instant complaint, which charges the defendant with unlawful flight to avoid prosecution, in violation of 18 U.S.C. §1073, is based.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

March 7, 2005

Leave To File Granted:

_____
JUDITH GAIL DEIN
United States Magistrate Judge

Date: 3/7/05